**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| LOIDA HAYSBERT as PERSONAL REPRESENTATIVE OF THE ESTATE OF RUBEN SANTANA,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE VIRGIN ISLANDS TROUGH THE BUREAU OF CORRECTIONS; JULIUS WILSON as Director of the Golden Grove Adult Correctional Facility, Both as Director and Individually; IRA PHILLIPS, KEITH FRANCOIS, and BASIL RICHARDS as Wardens of the Golden Grove Adult Correctional Facility; GOVERNMENT OF THE VIRGIN ISLANDS THROUGH JUAN F. LUIS HOSPITAL; DR. JONG H. PARK; XYZ HEALTH CARE PROVIDERS OF THE PLAINTIFF; DR. JAMES and JANE DOES 1, 2, 3, 4; and JACK AND JUDY DOES,<br><br>Defendants. | CIVIL NO. 2014/40<br><br>**ACTION FOR DAMAGES**<br><br>JURY TRIAL DEMANDED |

**THE PARTIES' JOINT STATUS REPORT**

**COME NOW** the Parties, by and through undersigned counsel, and jointly submit this status report to the Court.

This matter was mediated on June 23, 2022, at which time the parties reached a settlement of all claims in this matter. The settlement funds are to be delivered to counsel to the Plaintiff no later than ninety (90) days from June 23, 2022. An executed release was sent to the Defendants on July 12, 2022. On July 29, 2022, Attorney Royette Russell

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI
00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

emailed Attorney Lee Rohn a Confidential Settlement Agreement, which provided that the settlement funds would be delivered within ninety (90) days of receipt the executed agreement, which extends the time in which the Defendants may tender the settlement funds, and which is not acceptable to the Plaintiff.

That parties are in the process of negotiating the language of the Confidential Settlement Agreement and expect to complete same within ten days. Thereafter, a Stipulation of Dismissal with Prejudice will be filed with a request to the Court to retain jurisdiction for 120 days to enforce the Settlement Agreement.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: August 10, 2022

BY: /s/ *Mary Faith Carpenter*

Mary Faith Carpenter, Esq.
VI Bar No. 66
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
**maryfaith@rohnlaw.com**

DENISE N. GEORGE, ESQ.
ATTORNEY GENERAL

DATED: August 10, 2022

BY: *__/s/ Royette V. Russell__*

Royette V. Russell, Esq.
Virgin Islands Department of Justice
Office of the Attorney General
213 Estate La Reine
RR1 Box 6151
Kingshill, VI 00850
Email Address: royette.russell@doj.vi.gov

*Attorney for Dr. Jong H. Park, Government of the Virgin Islands through the Juan F. Luis Hospital*

DENISE N. GEORGE, ESQ.
ATTORNEY GENERAL

DATED: August 10, 2022

BY: *__/s/ Christopher M. Timmons__*

Christopher Timmons, Esq.
V.I. Bar No. R2147
AAG, Virgin Islands Department of Justice
Office of the Attorney General
213 Estate La Reine, RRI 6151
Kingshill, VI 00850
Email Address:christopher.timmons@doj.vi.gov

*Attorney for Government of the Virgin Islands through the Bureau of Corrections,* Director Julius Wilson, Ira Phillips, Keith Francois, and Basil Richards